ACCEPTED
03-15-00735-CR
11221043
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/20/2016 9:59:56 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00735-CR

_____

IN THE THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/20/2016 9:59:56 AM
JEFFREY D. KYLE
Clerk

_____

VICTOR ROSALES, Appellant

*v.*

THE STATE OF TEXAS

_____

ON DIRECT APPEAL FROM THE 299TH DISTRICT COURT
OF TRAVIS COUNTY IN CAUSE NO. D-1-DC-14-300723

_____

APPELLANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE THE APPELLANT'S BRIEF

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Comes now Victor Rosales, appellant, and would show the Court the following:

**I.**

Appellant was convicted of aggravated sexual assault and a jury assessed punishment at 40 years. Notice of appeal was filed and the appeal docketed in this Court.

## II.

The clerk's record was filed on February 24, 2016. The reporter's record was filed on May 18, 2016. Appellant's brief is due on June 23, 2016.

## III.

Appellant seeks a 60 day extension of the current deadline in which to file Appellant's brief, up to and including, August 22, 2016.

## IV.

This request is based on the following facts which prevent counsel for Appellant from preparing the brief by the current deadline:

The record in this cause is voluminous. It is comprised of 10 volumes and an electronic exhibit admitted at trial. Counsel has not had an opportunity to review the record and prepare Appellant's brief by June 23, 2016. Filing of the brief cannot be accomplished by the current deadline while still effectively representing Appellant on direct appeal to this Court.

Additionally, since the time the reporter's record was filed in this cause, counsel for appellant has prepared and filed an appellant's brief in *Cunningham v. State* in the Sixth Court of Appeals and an applicant's brief in *Ex parte Watkins* in the 207th District Court of Comal County and the Court of Criminal Appeals. Counsel has a brief due in the Court of Criminal Appeals in *Ex parte Wimberly* on June 24, 2016.

**V.**

This is Appellant's first request for an extension of time to file Appellant's brief.

**Prayer**

Appellant requests this Court grant the motion and extend the time to file Appellant's brief by 60 days, up to and including August 22, 2016.

Respectfully submitted,

/s/Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300

1411 West Ave., Suite 100
Austin, Texas 78701

(512) 469-7943
(512) 474-5594
wetzel_law@1411west.com

Attorney for Appellant
Victor Rosales

**Certificate of Service**

This is to certify a true and correct copy of this pleading was sent by email to Counsel for the State of Texas, Scott Taliaferro, Assistant District Attorney, at Scott.Taliaferro@traviscountytx.gov on this the 20th day of June, 2016.

/s/Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300